UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

CIVIL ACTION NO. 3:06CV-276-H

TERRI HUMPHREY, et al.                                                          PLAINTIFFS


V.


HEXION SPECIALTY CHEMICALS, INC.                                    DEFENDANT


**MEMORANDUM OPINION AND ORDER**


This matter is before the Court for approval of a class action settlement.  For that purpose the parties have noticed and this Court has convened this day a fairness hearing.

Plaintiffs have sued Defendant, Hexion Specialty Chemicals, Inc., a Delaware corporation with its principal place of business in Columbus, Ohio ("Hexion") on behalf of themselves and all others similarly situated alleging damages related to air emissions, releases, or odors from a manufacturing facility operated by Hexion at 6200 Camp Ground Road, Louisville, Kentucky ("Facility") and Plaintiffs and Hexion have reached a settlement of this matter ("Settlement").  Under the terms of the Settlement, Hexion has agreed to pay certain monies and committed to undertake certain improvements at the Facility designed to reduce air emissions, releases and odors.  Hexion will pay approximately $1,250,000 to class members and will spend approximately $4,000,000 on the improvements to its operations and the neighborhood.

Under the terms of the Settlement Plaintiffs have agreed to dismiss their claims with prejudice and to the issuance of an injunction barring future property owners and future residents

within the Riverside Gardens Class Area as defined in the Settlement Agreement from asserting

claims of the type asserted or alleged in this litigation against Hexion for a period of five (5)

years.  Notice was provided to class members in accordance with the court approved notice plan.

The Court has heard no objections to the Settlement by class members.

These claims and the litigation of them would have presented many difficulties and

uncertainties for each side.  Moreover, a trial would have produced uncertain and perhaps even

unfair results for some.  By this settlement, each side achieves an important measure of

satisfaction, certainty and positive benefits.  The class members receive some compensation for

their inconvenience and disturbance over the years.  More important, Defendant has agreed to

make improvements that will enhance the individual resident and general neighborhood quality

of life.  Defendant makes promises which will benefit their neighbors and itself as well as

significantly reducing its overall legal exposure.  All parties and counsel are commended for

their effort in achieving this result.

The Court has also reviewed the request for attorney's fees of class counsel.  All counsel

performed exceptionally well.  The amounts requested were most reasonable given the

complexity of the case and the extremely beneficial result.  The Court will sustain the entire

request.

IT IS HEREBY ORDERED AND ADJUDGED that

1.	The notice provided to class members was adequate and reasonable and comports

with all requirements of due process and the Federal Rules of Civil Procedure.

2.	The terms of the Settlement are fair, adequate and in the public interest.  The

Court, having held a fairness hearing, for which adequate notice was given, will entertain no

further objection from any class member to the terms of the Settlement.

     3.     Defendant, Hexion Specialty Chemicals, Inc., shall provide notice to the Attorney General of the United States and the appropriate state officials in conformity with 28 U.S.C. § 1715 within ten (10) days of entry of this order and to apprise the Court of the date that notice is provided.

     4.     Class counsel for Plaintiffs shall be awarded attorney's fees and expenses in the amount of $416,667.00.

     5.     All proceedings in this action, except for any motions by the Attorney General of the United States or the appropriate state officials to intervene in this action or to challenge the terms of the Settlement, are stayed until ninety (90) days from the date Defendant Hexion provides the notice required by 28 U.S.C. § 1715, at which time the Court will entertain motions for entry of final approval of the Settlement and issuance of the injunction provided for therein. The Court shall rule on any motion for final approval of the Settlement without further hearing or argument, unless requested by a party for good cause shown.

cc:    Counsel of Record